1  STEPHANIE AMES, California State Bar Number 195608
   THE LAW OFFICE OF STEPHANIE AMES
2  12121 Wilshire Boulevard, Suite 525
   Los Angeles California 90025
3  Tel: (310) 739-5952
   Fax: (310) 881-1289
4
   Attorney for Defendant
5  ERSKIN CARTER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-338-GW-42 |
| Plaintiff, | |
| v. | DEFENDANT'S SUBMITTED LETTER TO THE COURT FOR SENTENCING |
| ERSKIN CARTER, | HONORABLE GEORGE H. WU |
| Defendant. | |

Defendant Erskin Carter, by and through his attorney of record, Stephanie Ames, hereby files Defendant's Submitted Letter to the Court for Consideration at Sentencing prior to the sentencing hearing set for April 6, 2021 at 11:00 a.m. before the Honorable George H. Wu.

Submitted this 5th day of April, 2021.

                                                                         Respectfully submitted,

                                                                         By_____/s/_____
                                                                         STEPHANIE AMES, Esq.
                                                                         Attorney for Defendant

| | |
|---|---|
| **From:** | CARTER ERSKIN MILTON (67882112) |
| **Sent Date:** | Sunday, April 4, 2021 9:35 PM |
| **To:** | stephanieames@msn.com |
| **Subject:** | Letter |

Dear George H. Wu,

In my last letter to you I explained the changes I have made during my time here at Metropolitan Detention Center, Los Angeles. I would now like to relate to you my plans for re-entry into society.

Upon my release. I will be living in Chandler, Arizona. I will seek immediate employment and enroll in culinary art classes. I have a passion for cooking and plan to revive my catering business once I have established a solid financial base.

I also plan to marry. I have been in a long-term relationship and look forward to building a stable and loving domestic life, with my new wife, adult children and grandchildren.

I will place myself around positive people, respect the terms and conditions of my probation and supervised release and I will honor law enforcement.

As a father and grandfather, I will educate my children and grandchildren in their civic responsibilities: voting, respect for law enforcement, paying taxes, respecting private property, appreciating the value of money, opening savings accounts, being neighborly and becoming good citizens.

My mission: To live with integrity and to positively impact the lives of others.

By purposefully living my mission, refraining from hate, living simply, expecting little and giving more, I believe I have and will strike a healthy balance as I move forward.

I have learned that spreading love and respect to others is the key to happiness. This idea and the golden rule (do unto others as I would have done to me) has sustained me during my time here at MDC, and I am certain that I will continue to do so in Chandler.

Your Honor, thank you for taking the time to read my letters and those sent by others on my behalf. Hopefully, you have gained a finer appreciation for who I am now and for the man I am striving to become.

Sincerely,
Erskin M. Carter

-----Ames, Stephanie on 4/4/2021 2:21 PM wrote: